Gwendolyn Smith, M.A., J.D.
138 Weeks Way
Sebastopol, California 95472
tel. (707) 849-0303

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
Nunc Pro Tunc
NOV - 9 2011
to 10/31/11
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Gwendolyn Smith
on behalf of herself and her minor
child Zeus Harrison Smith,

    Plaintiffs,

v.

Richard T. Hansen, D.D.S., d/b/a
Comprehensive Dental Center
Associates a.k.a. Laser Dental
Wellness Center,

    Defendant.

CASE NO.: SACV 10-01964

PLAINTIFF'S DECLARATION

DECLARATION OF GWENDOLYN SMITH

1. I, Gwendolyn Smith, am a Plaintiff in the above-entitled lawsuit. I have personal knowledge of and am competent to testify to all facts stated in this declaration, and, if called upon to testify in court, could and would so testify.

2. On December 28, 2010, at the time the instant complaint was filed, my son (a student at Ashland High School) and I (not a student) resided at 2800 Dead Indian Memorial Rd., in Ashland, Oregon.

3. At that time, we intended to continue to reside in Oregon.

4. In May 2012, we plan to return to Oregon or to Sedona, Arizona.

5. We do not plan to remain in California, where we temporarily reside, and are not residents of the state.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 27, 2011

Respectfully submitted:

_____
Gwendolyn Smith, M.A., J.D.

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on or within two days of the date below, I served a true and correct copy of the foregoing declaration in a postage paid envelope addressed to defendant, by depositing said envelope in the U.S. mail to the following address:

Richard T. Hansen
1031 Rosecrans Ave. Ste. 104
Fullerton, CA 92833

Dated: October 27, 2011

_____
Gwendolyn Smith, M.A., J.D